IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| FORT BENNING FAMILY COMMUNITIES, LLC, : | |
| : | |
| Plaintiff, : | |
| v. : | CASE NO. 4:12-CV-24-CDL-MSH |
| : | |
| JESSIE GRANT, : | |
| : | |
| Defendant. : | |

## REPORT AND RECOMMENDATION

Plaintiff filed a Motion for Default Judgment (ECF No. 6) on March 23, 2012. The Clerk entered an Entry of Default against Defendant on March 30, 2012. On April 11, 2012, the Court held an evidentiary hearing to determine the amount of damages owed to Plaintiff by Defendant. Defendant appeared at the evidentiary hearing and admitted to the contents of Plaintiff's complaint and to owing Plaintiff damages in the amount of 7,644.35, inclusive of court costs and fees.

Plaintiff's Motion for Default Judgment should therefore be DENIED as Defendant has appeared in this case. However, judgment should be entered for the Plaintiff based on Defendant's consent to the entry of judgment and the relief sought by Plaintiff. It is further recommended that Plaintiff be granted an order of possession of the property located at 5856 Moon Street, Fort Benning, Georgia, 31905, which is located on the Fort Benning military installation.

SO RECOMMENDED this 3rd day of May, 2012.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE